## LUKE J. McNANEY v. CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY.[1]

March 2, 1917.

No. 20,237.

**Case followed.**

Action in the district court for Ramsey county to recover for personal injuries. After the decision upon the former appeal judgment was entered in favor of plaintiff. From the judgment defendant appealed. Affirmed.

*Stringer & Seymour*, for appellant.

*Barton & Kay*, for respondent.

PER CURIAM.

The above cause having been submitted by stipulation on the briefs and arguments presented upon the appeal in the same cause from the order denying appellant's motion in the alternative for judgment notwithstanding the verdict or a new trial, and wherein a decision was filed on April 28, 1916, (132 Minn. 391, 157 N. W. 650), it is now considered that, for the reasons stated in the decision referred to, the judgment rendered in the court below should be and hereby is affirmed.